# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>**Patrick Brian Ramsey**<br>DOB: 1971; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-04640MJ |

Complaint for violation of Title 18, United States Code §§ 2251(a) and (e)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 9, 2024, December 23, 2024, and February 7, 2025, in the District of Arizona and elsewhere, Patrick Brian RAMSEY, using the mail or any facility and means of interstate commerce, did knowingly attempt to employ, use, persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexually explicit conduct, as the term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and having the visual depiction transported in interstate commerce, to wit: the defendant, PATRICK RAMSEY did knowingly attempt to employ, use, persuade, induce, entice and coerce a minor female to create a visual depiction of herself engaged in sexually explicit conduct and send it to him by way of cellphone and the internet, all in violation of Title 18, United States Code, Section 2251(a) and (e).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 11, 2023, Patrick Brian RAMSEY, a United States Citizen, began chatting online with a person who indicated she was a 13-year-old child but was in fact a Homeland Security Investigations (HSI) Special Agent (SA) working in an undercover capacity (herein after UC#1). After initially messaging on a chat platform, UC#1 provided RAMSEY an undercover cell phone number, which RAMSEY then texted and used to continue communication with UC#1. Ensuing text communications contained various reminders that RAMSEY was talking to a minor. Throughout the duration of communication between UC#1 and RAMSEY, UC#1 indicated she had turned 14-years-old and then later, 15-years-old. RAMSEY repeatedly acknowledged he was talking to a minor female. RAMSEY often told UC#1 that she was sexy and beautiful, that RAMSEY wanted to be her boyfriend, give her full body nude massages, and have sexual intercourse with her. RAMSEY told UC#1 that he has had sex with teenage girls before. RAMSEY also told UC#1 that since she was a virgin, sexual intercourse may hurt the first time, but that he would go slow to ease any pain. RAMSEY also told UC#1 that she would really enjoy sexual intercourse after the first few times.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>**Toby A. Chadwick** Digitally signed by Toby A. Chadwick<br>Date: 2025.02.25 07:29:06 -06'00'<br>OFFICIAL TITLE & NAME:<br>Toby A. Chadwick / HSI Special Agent |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>February 25, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA C. Duryee

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:)**

During the time between May 11, 2023, and present, RAMSEY sent dozens of nude photos of suspected teenage girls that he claimed he photographed himself and in some instances claimed he had sex with. He described the pictures himself as being "young teen females" or "the same age as (UC#1's 11-year-old sister) when the picture was taken." RAMSEY told UC#1 that it was perfectly normal for young teen girls to be naked for and in front of adults and told UC#1 if she sent him photos of herself, he would not share them with anyone else.

On September 9, 2024, RAMSEY specifically requested three nude photos from UC#1, to include a nude full body photo, a closeup photo of her exposed chest area, and a closeup photo of her fully exposed vagina. On December 23, 2024, RAMSEY again requested nude photos from UC#1, and this time also from UC#1's little sister "Brooklyn," who UC#1 had indicated was 11 years old.

On December 23, 2024, RAMSEY sent an image of a minor engaged in sexually explicit conduct, depicting a young girl appearing to be approximately 9 to 13 years old, laying sideways on a bed and holding one leg up in the air and fully exposing her vagina. RAMSEY claimed to have taken this picture himself and requested that UC#1 and her little sister take this same type of picture of each other and then send them to him. He specifically requested to see their fully exposed vaginas and chest areas, but promised he would keep them in a safe place on his laptop and/or desktop computers. RAMSEY sent this same sexually explicit image to UC#1 on two other occasions, most recently on February 7, 2025, when he called it a "naughty pose" and again requested that UC#1 and her little sister send pictures of themselves performing the same pose.

RAMSEY spoke about traveling to meet UC#1, and first booked a flight from Nashville, TN, to Tucson, AZ, on Southwest Airlines for October 7, 2024. He planned to take a shuttle or bus from Tucson to Sierra Vista where he believed UC#1 resided, and indicated he intended to stay at the Studio 6 Hotel located in Sierra Vista. RAMSEY sent photos of his flight and hotel confirmation to UC#1. UC#1 agreed to meet RAMSEY at the hotel, and per RAMSEY's request, UC#1 would be accompanied by a second minor female; the second minor female was UC#2 who posed as was a 14-year-old female friend of UC#1 with whom RAMSEY also communicated through text message after RAMSEY repeatedly requested and showed interest in a sexual encounter with a second minor female. After being introduced to UC#2, RAMSEY initiated text communication with UC#2 during September 2024, and during the communication indicated he intended to engage in sexual acts with both UC#1 and UC#2 at his hotel in October, 2024. In discussing his intention to take both of their virginities, RAMSEY informed both UC#1 and UC#2 that he would travel with lubricant to ease the discomfort associated with intercourse and told UC#1 that they could have sex in the shower as to not get blood on the bed. RAMSEY ultimately canceled the October 7, 2024, trip stating that his doctor told him not to travel because of his bad knees, and also due to concerns about the cost of the trip.

RAMSEY more recently talked about also having sex with UC#1's little sister "Brooklyn," who was first portrayed to RAMSEY as being an 11-year-old child and who now has turned 12. RAMSEY requested that UC#1 "go to the school medical counselor and both you and Eevie (UC#2) get birth control pills and maybe get some for Brooklyn to be safe."

RAMSEY also recently booked a new trip to Tucson scheduled for March 11-18, 2025, during UC#1's spring break. He has sent photos of both the Southwest Airline Confirmation number as well as the reservation number for a stay at Knights Inn, in Sierra Vista, AZ.