ATTEST AND CERTIFY
A TRUE COPY
~~Clerk~~
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Patrick Brian Ramsey

*Defendant*

Case No. 25-04640MJ

☒ FILED  ☐ LODGED
**Mar 11 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Patrick Brian Ramsey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 U.S.C. §§ 2251(a) and (e)

Date: February 25, 2025

_____
*Issuing officer's signature*

City and state: Tucson, Arizona

Maria S. Aguilera, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/25/25, and the person was arrested on *(date)* 2/26/25
at *(city and state)* Clarksville, TN.

Date: 2/26/25

_____
*Arresting officer's signature*

TOBY A. CHADWICK / HSI Special Agent
*Printed name and title*