TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

FILED
2025 MAR 26 PM 1:16
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Patrick Brian Ramsey,

    Defendant.

CR25-01626 TUC-SHR(JR)

**INDICTMENT**

Violations:
18 U.S.C. § 2422(b)
Attempted Enticement of a Minor
Counts 1 - 3

18 U.S.C. §§ 2251(a) and (e)
(Attempted Exploitation of a Minor)
Count 4

18 U.S.C. §§ 2252(a)(2) and (b)(1)
(Distribution of Child Pornography)
Count 5-7

**THE GRAND JURY CHARGES:**

**COUNT 1**

**ATTEMPTED ENTICEMENT OF A MINOR**

Beginning on or about May 11, 2023, and continuing through February 26, 2025, in the District of Arizona and elsewhere, PATRICK BRIAN RAMSEY, using the mail or any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Conduct with a Minor, under Arizona State Revised Statute 13-1405;

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

### ATTEMPTED ENTICEMENT OF A MINOR

Beginning on or about September 29, 2024, and continuing through October 1, 2024, in the District of Arizona and elsewhere, PATRICK BRIAN RAMSEY, using the mail or any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Conduct with a Minor, under Arizona State Revised Statute 13-1405;

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3

### ATTEMPTED ENTICEMENT OF A MINOR

Beginning on or about May 11, 2023, and continuing through February 7, 2025, in the District of Arizona and elsewhere, PATRICK BRIAN RAMSEY, using the mail or any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Exploitation of a Minor in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4

### ATTEMPTED EXPLOITATION OF A MINOR

Beginning on or about September 13, 2024 and continuing through September 16, 2024, in the District of Arizona and elsewhere, PATRICK BRIAN RAMSEY, did knowingly attempt to employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, having the

visual depiction produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, and having the visual depiction actually transported in interstate commerce, to wit: the defendant, PATRICK BRIAN RAMSEY, did knowingly attempt to employ, use, persuade, induce, entice and coerce a minor to create a visual depiction of herself engaged in sexually explicit conduct and send it to him by way of cellphone and the internet, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 5

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about December 23, 2024, in the District of Arizona, PATRICK BRIAN RAMSEY, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the file entitled "2024-12-23_10-20-26_MST_b65801.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 6

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about January 30, 2025, in the District of Arizona, PATRICK BRIAN RAMSEY, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the file entitled "2025-01-30_15-47-01_MST_301301.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

# COUNT 7

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about February 7, 2025, in the District of Arizona, PATRICK BRIAN RAMSEY, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, including, but not limited to, the file entitled "2025-02-07_14-16-31_MST_a22101.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: March 26, 2025

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
CARIN C. DURYEE
Assistant U.S. Attorney

*United States of America v. Patrick Brian Ramsey*
*Indictment Page 4 of 4*